The City of St. Louis, Respondent, *v.* Associated Firemen's Insurance Company of Baltimore, Md., Appellant.

1. City of St. Louis v. The Independent Ins. Co. of Massachusetts, *ante,* p. 146, affirmed.

*Appeal from St. Louis Criminal Court.*

*Woerner & Kehr*, for respondent.

*Sharp & Broadhead*, for appellant.

Wagner, Judge, delivered the opinion of the court.

The facts in this case are the same as those in the case of The City of St. Louis v. The Independent Ins. Co. of Massachusetts, and for the reasons therein given the judgment of the Criminal Court will be reversed. The other judges concur.